UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE C. MENOS, individually and dba Ciro's Greek Cafe, <br><br> Defendant. | CASE NO. CV 99-11546 RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant GEORGE C. MENOS, individually and dba Ciro's Greek Cafe, the Default Judgment entered on 2/13/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment
   a. Total judgment                                     $16,500.00
   b. Costs after judgment                             $ -0-
   c. Attorneys fees:                                   $ -0-
   d. Subtotal (*add a and b*)                         $16,500.00
   e. Credits after judgment                          $ -0-
   f. Subtotal (*subtract d from c*)                 $16,500.00
   g. Interest after judgment                          $ 4,125.00
   h. Fee for filing renewal application       $ -0-
   i. **Total renewed judgment** (*add e, 5, and g*)     $20,625.00

DATED: 12/20/10          CLERK, by Lori Muraoka ,
                                                      Deputy